# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

BRYAN F. JENNINGS,

      Petitioner,

v.                                           CASE NO.  5:02cv174-RH

JAMES V. CROSBY,

      Respondent.

_____/

## ORDER GRANTING CERTIFICATE OF APPEALABILITY

Final judgment has been entered denying this petition for writ of habeas corpus under 28 U.S.C. §2254.  Petitioner has filed a notice of appeal and an application for a certificate of appealability.

Unless a certificate of appealability is issued, petitioner may not appeal.  *See* 28 U.S.C. §2253(c)(1).  A certificate of appealability may be issued only if petitioner "has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).  *See Miller-El v. Cockrell,* 123 S. Ct. 1029, 1039-40 (2003) (explaining meaning of this term); *Slack v. McDaniel*, 529 U.S. 473, 483-84, 120 S. Ct. 1595, 146 L. Ed. 2d 542 (2000) (same); *Barefoot v. Estelle*, 463 U.S. 880, 893 n.4, 103 S. Ct. 3383, 77 L. Ed. 2d 1090 (1983); *see also Williams v.*

*Taylor*, 529 U.S. 362, 402-13, 120 S. Ct. 1495, 146 L. Ed. 2d 389 (2000) (setting forth standards applicable to §2254 petitions on the merits). As the Court said in *Slack*:

> To obtain a COA under § 2253(c), a habeas prisoner must make a substantial showing of the denial of a constitutional right, a demonstration that, under *Barefoot*, includes showing that reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were "'adequate to deserve encouragement to proceed further.'"

*Slack*, 529 U.S. at 483-84, *quoting Barefoot*, 463 U.S. at 893 n.4. Further, in order to obtain a certificate of appealability when dismissal is based on procedural grounds, a petitioner must show, "at least, that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Slack*, 529 U.S. at 484.

Upon consideration of petitioner's application in light of these standards,

IT IS ORDERED:

Petitioner's application for a certificate of appealability (document 32) is GRANTED, limited to the issue of whether petitioner is entitled to relief based upon the giving of constitutionally flawed instructions on death penalty

*Case No: 5:02cv174-RH*

aggravators as addressed in claims VII and IX.

    SO ORDERED this 12th day of December, 2005.

                                        <u>s/Robert L. Hinkle</u>
                                        Chief United States District Judge